B1 (Official Form 1) (04/13)

| United States Bankruptcy Court **District of Delaware** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Airborne Media Group, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>80-0878854 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City and State):<br>**1099 Main Avenue**<br>**Suite 321**<br>**Durango, CO 81301** | Street Address of Joint Debtor (No. and Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>**La Plata County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
Form of Organization
(Check **one** box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
*check this box and state type of entity below*)

**Chapter 15 Debtors**

Country of debtor's main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined
11 USC § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check **one** box.)

☐ Chapter 7          ☐ Chapter 15 Petition
☐ Chapter 9              for Recognition of a
☒ Chapter 11             Foreign Main
☐ Chapter 12             Proceeding
☐ Chapter 13         ☐ Chapter 15 Petition
                         for Recognition of a
                         Foreign Nonmain
                         Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily       ☒ Debts are primarily
consumer debts, defined in      business debts.
11 U.S.C. §101(8) as
"incurred by an individual
primarily for a personal,
family, or household
purpose."

**Filing Fee** (Check one box.)

☒ Full Filing Fee Attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
signed application for the court's consideration certifying that the debtor is unable
to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach
signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on
4/01/16 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of
creditors, in accordance with 11 U.S.C. §1126(B).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE FOR
COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | 500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | 500,000,001<br>to $1 billion | More than<br>$1 billion |

| **VOLUNTARY PETITION**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Airborne Media Group, Inc.** | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Airborne Media Group, Inc.** | Case Number: **15-14045** | Date Filed: **4/17/2015** |
|---|---|---|
| District: **District of Colorado** | Relationship: **Debtor** | Judge: **Sidney B. Brooks** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commissionpursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b).<br><br>_____<br>Signature of Attorney for Debtor(s)   --   (Date) |

**Exhibit C**

Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be servied in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgement)

_____

(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for possesion was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(1)).

B1 (Official Form 1) (04/13)

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Airborne Media Group, Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Respresentative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in the petition is true and correct.

_____
*Signature of Debtor*

_____
*Signature of Joint Debtor*

_____
*Telephone Number*

_____
*Date*

**Signature of a Foreign Respresentative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

_____
*(Signature of Foreign Representative)*

_____
*(Printed Name of Foreign Representative)*

_____
*Date*

**Signature of Attorney***

_____
*Signature of Attorney for Debtor(s)*

**Christopher A. Ward**
*Printed Name of Attorney for Debtor(s)*

**Polsinelli PC**
*Firm Name*

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
**Email Address: cward@polsinelli.com**
*Address*

**302-252-0920**
*Telephone Number*

_____
*Date*

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.

_____
*Printed Name and title, if any, of Bankruptcy Petition Preparer*

Social-Security number (If the bankruptcy petition preparer is not an individual,state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)

_____
*Address*

_____
*Signature of Preparer*

_____
*Date*

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
*Signature of Authorized Individual*

**Cordell R. Brown**
*Printed Name of Authorized Individual*

**Chairman and CEO**
*Title of Authorized Individual*

**05/08/2015**
*Date*

Generated using CasefilePRO™

In re

Airborne Media Group, Inc.,
Debtor.

Chapter:  11

Case No.

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Airborne Media Group, Inc., named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

05/08/2015
Date

_Cordell R. Brown_
Signature

**Cordell R. Brown**
Name

**Chairman and CEO**
Title

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.§§ 152 and 3571

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re _____Airborne Media Group, Inc._____ ,
                  **Debtor**

Case No. _____
Chapter    11 _____


## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| John Howe<br>3200 Daybreaker Drive<br>Park City, UT 84098 | John Howe<br>3200 Daybreaker Drive<br>Park City, UT 84098 | DEBT | | $778,428.58 |
| Rock Systems Holdings LLC<br>5576 County Road 250<br>Durango, CO 81301 | Rock Systems Holdings LLC<br>5576 County Road 250<br>Durango, CO 81301 | LITIGATION | Disputed | $699,600.23 |
| Keith Newbold<br>21010 Highway 160<br>Durango, CO 81303 | Keith Newbold<br>21010 Highway 160<br>Durango, CO 81303 | LITIGATION | Disputed | $361,824.49 |
| Region 9 Economic Development<br>Ed Morlan<br>295A Girard Street<br>Durango, CO 81303 | Region 9 Economic Development<br>Ed Morlan<br>295A Girard Street<br>Durango, CO 81303 | DEBT | | $278,912.80 |
| Gail Paulson-Hanson<br>347 Albrecht Lane<br>Durango, CO 81301 | Gail Paulson-Hanson<br>347 Albrecht Lane<br>Durango, CO 81301 | DEBT | | $222,813.79 |
| William and Margaret Martinson<br>3521 S. Darlington<br>Tulsa, OK 74135 | William and Margaret Martinson<br>3521 S. Darlington<br>Tulsa, OK 74135 | LITIGATION | Disputed | $218,625.07 |
| Andrew Lentvorski<br>11976 Stoney Peak Dr. #916<br>San Diego, CA 92128 | Andrew Lentvorski<br>11976 Stoney Peak Dr. #916<br>San Diego, CA 92128 | LITIGATION | Disputed | $218,625.07 |
| Wilson Sonsini Goodrich & Rosati, P.C.<br>Mark Baudler<br>650 Page Mill Road<br>Palo Alto, CA 94304 | Wilson Sonsini Goodrich & Rosati, P.C.<br>Mark Baudler<br>650 Page Mill Road<br>Palo Alto, CA 94304<br><br>ph: 650-493-9300<br>fx: 650-493-6811 | ACCOUNTS PAYABLE | | $176,643.93 |
| Lshadi Partners Ltd.<br>224 Los Cedros Loop<br>Kerrville, TX 78028 | Lshadi Partners Ltd.<br>224 Los Cedros Loop<br>Kerrville, TX 78028 | LITIGATION | Disputed | $163,968.80 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re    Airborne Media Group, Inc.     ,
     Case No. _____
         **Debtor**
     Chapter    11   _____

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Carolyn Newbold<br>21010 Highway 160<br>Durango, CO 81303 | Carolyn Newbold<br>21010 Highway 160<br>Durango, CO 81303 | LITIGATION | Disputed | $136,640.67 |
| E7 Systems<br>Wiliam Smith<br>813 Main Avenue<br>Suite 207<br>Durango, CO 81301<br>info@e7systems.com | E7 Systems<br>Wiliam Smith<br>813 Main Avenue<br>Suite 207<br>Durango, CO 81301<br>info@e7systems.com<br>ph: 970-385-4411<br>fx: 970-385-4411<br>Em: info@e7systems.com | ACCOUNTS PAYABLE | | $134,511.46 |
| Ron Dichter<br>1223 Wilshire Blvd.<br>#958<br>Santa Monica, CA 90403 | Ron Dichter<br>1223 Wilshire Blvd.<br>#958<br>Santa Monica, CA 90403 | DEBT | | $113,855.00 |
| Donald & Renee Felix Living Trust<br>Donald Felix<br>10103 E. Jensen Street<br>Mesa, AZ 85207 | Donald & Renee Felix Living Trust<br>Donald Felix<br>10103 E. Jensen Street<br>Mesa, AZ 85207 | DEBT | | $109,838.17 |
| Michael Chapman<br>3431 CR 237<br>Durango, CO 81301 | Michael Chapman<br>3431 CR 237<br>Durango, CO 81301 | LITIGATION | Disputed | $109,312.54 |
| Douglas Parmentier<br>8870 Falls Creek Main<br>Durango, CO 81301 | Douglas Parmentier<br>8870 Falls Creek Main<br>Durango, CO 81301 | WAGES, SALARIES, AND COMMISSIONS | | $108,497.00 |
| Rock Systems LLC<br>David Sanderlin<br>107 W. 19th Street #2<br>Durango, CO 81301<br>rds@rocksys.com | Rock Systems LLC<br>David Sanderlin<br>107 W. 19th Street #2<br>Durango, CO 81301<br>rds@rocksys.com<br>ph: 970-385-2616<br>fx: 970-385-2617<br>Em: rds@rocksys.com | ACCOUNTS PAYABLE | | $91,039.43 |
| Product Ventures<br>Naveen Gupta<br>987 Kintyre Way<br>Sunnyvale, CA 94087 | Product Ventures<br>Naveen Gupta<br>987 Kintyre Way<br>Sunnyvale, CA 94087 | ACCOUNTS PAYABLE | | $87,340.00 |
| First Southwest Bank<br>Kent Curtis<br>679 E. 2nd Avenue<br>Suite 4<br>Durango, CO 81301 | First Southwest Bank<br>Kent Curtis<br>679 E. 2nd Avenue<br>Suite 4<br>Durango, CO 81301<br><br>ph: 970-375-1100 | ACCOUNTS PAYABLE | | $86,517.04 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re     Airborne Media Group, Inc.            ,
                    **Debtor**

Case No. _____

Chapter     11

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Schwegman Lundberg & Woessner, P.A.<br>1600 TCF Tower<br>121 South Eighth Street<br>Minneapolis, MN 55402<br>contact@slwip.com | Schwegman Lundberg & Woessner, P.A.<br>1600 TCF Tower<br>121 South Eighth Street<br>Minneapolis, MN 55402<br>contact@slwip.com<br>ph: 612-373-6900<br>Em: contact@slwip.com | ACCOUNTS PAYABLE | | $82,849.08 |
| Adaptive Micro-Ware, Inc.<br>Robert Kniskern<br>6917 Innovations Boulevard<br>Fort Wayne, IN 46818-1372<br>ideas@adaptivemicro.com | Adaptive Micro-Ware, Inc.<br>Robert Kniskern<br>6917 Innovations Boulevard<br>Fort Wayne, IN 46818-1372<br>ideas@adaptivemicro.com<br>ph: 260-489-0046<br>fx: 260-489-8087<br>Em: ideas@adaptivemicro.com | ACCOUNTS PAYABLE | | $74,440.90 |

In re    Airborne Media Group, Inc.                                   Case No._____

              **Debtor**                                                          **(If known)**

## DECLARATION REGARDING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 20 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Cordell R. Brown, the Chairman and CEO of the Airborne Media Group, Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   05/08/2015                                        Signature: _Cordell R. Brown_

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:    **Airborne Media Group, Inc.**                      ,                         Case No. _____
                              **Debtor**                                                        Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Aaron Fernandes<br>22 Mountain View Circle<br>Durango, CO 81303 | EQUITY | 110,000 | |
| Adam Krafft<br>9505 Kandace Dr NW<br>Albuquerque, NM 87114 | EQUITY | 22,500 | |
| Alexii Carey<br>216 West Grand PO Box 321<br>Mancos, CO 81328 | EQUITY | 23,750 | |
| Amos Soignier<br>2013 Highland Avenue<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Barbara Fiddler<br>1447 Damascus Road<br>Durango, CO 81301 | EQUITY | 15,000 | |
| Bob Beardsley<br>2613 North College Dr.<br>Durango, CO 81301 | EQUITY | 20,000 | |
| Bradley Wolter & Ellen Tomsic<br>1907 East Lawn Avenue<br>Durango, CO 81301 | EQUITY | 15,000 | |
| Breck Nickell<br>4413 NW Wildwood<br>Kansas City, MO 64116 | EQUITY | 14,000 | |
| Brian Hertz<br>7208 Bay Club Way<br>Orlando, FL 32835 | EQUITY | 80,000 | |
| Brian McCune<br>2477 Golfcrest Loop<br>Chula Vista, CA 91915 | EQUITY | 30,000 | |
| Carol Dagny Williams<br>25 Needle Creek Court<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Catherine Boyle<br>875 East 4th Ave<br>Durango, CO 81301 | EQUITY | 20,000 | |

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re:    Airborne Media Group, Inc. _____ ,                    Case No. _____
                    **Debtor**                                            Chapter    11    _____

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Curtis Toledo<br>335 Holly Lane County Rd. 513<br>Ignacio, CO 81137 | EQUITY | 35,000 | |
| Danny Hirsch<br>1070 West Century Drive #101<br>Louisville, CO 80027 | EQUITY | 10,000 | |
| David Kruft<br>4874 W. Buffalo St<br>Chandler, AZ 81301 | EQUITY | 49,000 | |
| David Rohdy<br>552 Snowshoe Lane<br>Durango, CO 81301 | EQUITY | 15,000 | |
| Dawn Hooker<br>2555 Leigh Ave.<br>Las Vegas, NV 89169 | EQUITY | 7,500 | |
| Donald & Renee Felix<br>10103 E. Jensen St.<br>Mesa, AZ 85207 | EQUITY | 73,700 | |
| Dorwin Hawn<br>692 Horse Thief Lane<br>Durango, CO 81301 | EQUITY | 25,000 | |
| Doug Parmentier<br>8870 Falls Creek Main<br>Durango, CO 81301 | EQUITY | 6,930 | |
| Doug Parmentier & Sara Carver<br>8870 Falls Creek Main<br>Durango, CO 81301 | EQUITY | 85,000 | |
| Doug Shand<br>2 Aquarius Place<br>Durango, CO 81301 | EQUITY | 30,000 | |
| Dwayne Koch<br>1135 Florida Road B-2<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Edie Brodeur<br>8333 Asta Court<br>Fort Worth, TX 76126 | EQUITY | 10,000 | |
| Elizo Perez<br>1526 NE 26th Ave<br>Ft. Lauderdale, FL 33304 | EQUITY | 55,000 | |
| Gail Paulson-Hanson / trust<br>347 Albrecht Lane<br>Durango, CO 81301 | EQUITY | 9,200 | |

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:    Airborne Media Group, Inc.          ,
                       **Debtor**

Case No. _____

Chapter ___11_____

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Greer Bohan<br>260 S. Orange Street #8<br>Escondido, CA 92025 | EQUITY | 5,000 | |
| Greg Snyder<br>3007 East 6th Avenue<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Greg Spradling<br>28 Red Cliffs Road<br>Durango, CO 81301 | EQUITY | 50,000 | |
| Henry Phillips III<br>256 Horse Thief Lane<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Jack Irby<br>5 Riverbend Court<br>Durango, CO 81301 | EQUITY | 20,000 | |
| James & Barton Mangan<br>610 East 32nd Street<br>Durango, CO 81301 | EQUITY | 15,000 | |
| James & Janet Coloff<br>1236 East 4th Avenue<br>Durango, CO 81301 | EQUITY | 17,000 | |
| James Carver<br>1360 County Road 250<br>Durango, CO 81301 | EQUITY | 75,000 | |
| James Wilkes<br>2711 Colorado Avenue<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Jan Cendese<br>521 9th Avenue<br>Salt Lake City, UT 84103 | EQUITY | 20,000 | |
| Jan Kuhnen<br>3130 San Luis Street<br>Fort Collins, CO 80525 | EQUITY | 30,000 | |
| Jill Hutcheson<br>320 King Mountain Road<br>Durango, CO 81303 | EQUITY | 20,000 | |
| Jim & Connie Rocklemann<br>270 Nusbaum Road<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Joanne Smith<br>27696 Winchester Trl<br>Steamboat Springs, CO 80487 | EQUITY | 15,000 | |

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:   **Airborne Media Group, Inc.**         ,          Case No. _____
                          **Debtor**                           Chapter   **11** _____

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Joe & Jan Williams<br>1 River Rim Road<br>Durango, CO 81301 | EQUITY | 30,000 | |
| Joel Aguilar<br>1023 E. Third Ave.<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Joel Fry<br>1099 Main Ave. Ste. 301<br>Durango, CO 81303 | EQUITY | 10,000 | |
| John & Katharine Bowers<br>32 Edgemont Circle<br>Durango, CO 81301 | EQUITY | 10,000 | |
| John M. & Shanan Campbell Wells<br>23 Bacus Avenue<br>Durango, CO 81301 | EQUITY | 15,000 | |
| Jolene Newbold<br>21010 Highway 160<br>Durango, CO 81303 | EQUITY | 10,000 | |
| Joseph Coyte<br>2309 Turnberry<br>Fort Collins, CO 80524 | EQUITY | 10,000 | |
| Joseph Hulecki<br>1508 Paces Ferry Drive SE<br>Smyrna, GA 30080 | EQUITY | 80,000 | |
| Ken & Laurie Bates<br>22 Cutler Drive<br>Durango, CO 81301 | EQUITY | 15,000 | |
| Kevin Foreman<br>395 North Lakeside Drive<br>Durango, CO 81303 | EQUITY | 80,000 | |
| Kevin Linville<br>179 Mesa Linda Drive<br>Durango, CO 81303 | EQUITY | 10,000 | |
| Kevin Oliver<br>3025 West 2nd Avenue<br>Durango, CO 81301 | EQUITY | 2,000 | |
| Kim Wall<br>100 Pinon Lane<br>Durango, CO 81303 | EQUITY | 11,000 | |
| Krista Hobbs<br>907 Bitterbrush Lane<br>Fort Collins, CO 80526 | EQUITY | 35,000 | |

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  **Airborne Media Group, Inc.**              ,                    Case No. _____
                          **Debtor**                                          Chapter  **11** _____

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Linda Campbell<br>PO Box 639<br>Ignacio, CO 81137 | EQUITY | 10,000 | |
| Lusk Lane Holding<br>4991 Lusk Lane<br>Flower Mound, TX 75028 | EQUITY | 33,025 | |
| Mac & Suzy Danford<br>2301 Turnberry<br>Fort Collins, CO 80524 | EQUITY | 15,000 | |
| Madilenia and Byron Chavarillo<br>PO Box 932<br>Ignacio, CO 81137 | EQUITY | 10,000 | |
| Marcia Baxter<br>590 City Slickers Trail<br>Durango, CO 81301 | EQUITY | 5,000 | |
| Marty McCune<br>28293 Glenbrook<br>Mission Viejo, CA 92692 | EQUITY | 22,000 | |
| Mary Kathleen Wiggins<br>1149 N 92nd St. Lot 618<br>Scottsdale, AZ 85256 | EQUITY | 15,000 | |
| Mary Kramer<br>4308 West Lake Circle S.<br>Littleton, CO 80123 | EQUITY | 30,000 | |
| Michelle Appenzeller<br>3431 CR 237<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Mike Finney<br>405 Hillcrest Drive<br>Durango, CO 81301 | EQUITY | 100,000 | |
| Myndel Pozner<br>8635 N. Sunburst Trail<br>Parker, CO 80134 | EQUITY | 10,000 | |
| Nina Sasaki<br>4005 Skyline Court<br>Farmington, NM 87402 | EQUITY | 24,000 | |
| O'hare Investments LLC<br>4141 County Road 334<br>Ignacio, CO 81137 | EQUITY | 25,000 | |
| Patricia Driver<br>c/o Cindy Shannon<br>472 Valley Lane<br>Weatherford, TX 76085 | EQUITY | 20,000 | |

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:    **Airborne Media Group, Inc.**_____,                              Case No. _____
                         **Debtor**                                                          Chapter ___11___

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Paul Wilbert<br>1170 5th Avenue<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Philip Gisser<br>404 East 66th St. Apt. 6H<br>New York, NY 10065 | EQUITY | 10,000 | |
| Randy Burton<br>66 Nusbaum Road<br>Durango, CO 81301 | EQUITY | 17,500 | |
| Richard & Martha Van Aman<br>50066 Leaning Pine Lane<br>Oakhurst, CA 93644 | EQUITY | 30,000 | |
| Richard A. Jaye<br>330 Ridge Road<br>Durango, CO 81301 | EQUITY | 10,000 | |
| Richard Day<br>6150 Marias Street<br>Missoula, MT 59803 | EQUITY | 60,000 | |
| Rick Van Hersh<br>2816 Frontier Drive<br>Midland, TX 79701 | EQUITY | 10,000 | |
| Robert (Tony) Burton<br>123 Rainbow Drive #2333<br>Livingston, TX 77399 | EQUITY | 15,000 | |
| Robert Clint & Katherine Leona Stein<br>8603 Copper Bluff<br>Converse, TX 78109 | EQUITY | 15,000 | |
| Robin Johnson<br>1 East 6th Avenue # 2<br>Durango, CO 81301 | EQUITY | 8,000 | |
| Samuel Jonas / 854 LLC<br>7200 E. Dry Creek Road, Ste. B-203<br>Centennial, CO 80112 | EQUITY | 5,000 | |
| Sara Carver<br>8870 Falls Creek Main<br>Durango, CO 81301 | EQUITY | 20,000 | |
| Sara Olsen<br>16 Sage Hill Court<br>Durango, CO 81301 | EQUITY | 18,845 | |
| Sean Devereaux<br>1201 Main # 106<br>Durango, CO 81301 | EQUITY | 10,000 | |

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:    __Airborne Media Group, Inc.__    ,          Case No. _____
                    **Debtor**                                   Chapter __11__ _____

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Sophia Decolati 6412 E. Otero Pl. Centennial, CO 80112 | EQUITY | 10,000 | |
| Steven Allen 665 Oakcrest Drive Durango, CO 81301 | EQUITY | 10,000 | |
| Susan Cook 949 E. 5th Avenue Durango, CO 81301 | EQUITY | 22,500 | |
| Tamara Tabor 308 Cottonwood Creek Rd. Durango, CO 81301 | EQUITY | 10,000 | |
| Thomas Brothers Holding LLC 20711 Benson Bucyrus, KS 66013 | EQUITY | 10,000 | |
| Thomas Brueckner 460 Quarter Horse Road Durango, CO 81303 | EQUITY | 25,000 | |
| Tim & Amber Olmsted 7053 County Road 105 Hesperus, CO 81326 | EQUITY | 15,000 | |
| Tim Mosher 3025 East 7th Avenue Durango, CO 81301 | EQUITY | 10,000 | |
| Tim Stein 455 Animosa Dr Durango, CO 81301 | EQUITY | 10,000 | |
| Vance Mabry 4405 Bering Street Farmington, NM 87402 | EQUITY | 35,000 | |
| Walden Minoli 2106 Indian School Road NW Albuquerque, NM 87104 | EQUITY | 22,500 | |
| Warren Daniel & Nancy Venne 567 B. W. Pacific St. Telluride, CO 81435 | EQUITY | 70,000 | |
| William Carver 34 Perins Vista Drive Durango, CO 81301 | EQUITY | 100,000 | |
| William Smith 260 S. Orange Street #8 Escondido, CA 92025 | EQUITY | 23,750 | |

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:    **Airborne Media Group, Inc.**                ,          Case No. _____
**Debtor**                                        Chapter __11__ _____

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Zack & Kimberly Fambro<br>818 State Hwy 16 South<br>Strawn, TX 76475 | EQUITY | | |

In re ___Airborne Media Group, Inc._____

Debtor

Case No._____

(If known)

## DECLARATION CONCERNING DEBTOR'S EQUITY

### Equity Holder List

I,  Cordell R. Brown the undersigned authorized officer of Airborne Media Group, Inc., named in this case as (the "Debtor"), declare under penalty
that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

Date:   05/08/2015

Signature: _____

Title: Chairman and CEO

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:    **Airborne Media Group, Inc.**                    ,                              Case No. _____
                           **Debtor**                                                                     Chapter    **11**   _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of corporations that directly or indirectly own ten percent(10%) or more of any class of the above captioned debtor's equity interests or states that there are no entities to report:

| Name and last know address or place of business of holder | Number of Shares or Securities |
|---|---|
| Cordell Brown<br>PO Box 1944<br>Durango, CO 81302 | 25% |
| Daries Lile<br>PO Box 3163<br>Durango, CO 81302 | 25% |
| Justin Ginn<br>975 Main Avenue #22<br>Durango, CO 81301 | 25% |
| Ryan Danford<br>2301 Turnberry Road<br>Fort Collins, CO 80514 | 25% |

In re   Airborne Media Group, Inc.                                    Case No._____
                    Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S CORPORATE OWNERSHIP STATEMENT

## Corporate Ownership Statement

I, Cordell R. Brown the undersigned authorized officer of Airborne Media Group, Inc., named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.


Date:   05/08/2015                                                Signature: _Cordell R. Brown_
                                                                                  Title: Chairman and CEO

## SECRETARY'S CERTIFICATE

### AIRBORNE MEDIA GROUP, INC.

### May 6, 2015

The undersigned, Ryan Danford, as Chief Financial Officer and Secretary of Airborne Media Group, Inc., hereby certifies as follows:

1. I am the duly qualified and elected Chief Financial Officer and Secretary of Airborne Media Group, Inc. (the "**Company**"), and as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true, complete, and correct copy of the resolutions (the "**Resolutions**") of the board of directors of the Company (the "**Board**"), duly adopted at a properly convened meeting of the Board on May 6, 2015, in accordance with the applicable bylaws of the Company.

3. Since their adoption and execution, the Resolutions have not been modified, rescinded or amended and are in full force and effect as of the date hereof, and the Resolutions are the only resolutions adopted by the Board relating to the authorization and ratification of all corporate actions taken in connection with the matters referred to therein.

By:    Ryan Danford
Title:   Chief Financial Officer and Secretary

Attested By: Daries Lile

Title: Vice President

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## AIRBORNE MEDIA GROUP, INC.

### May 6, 2015

WHEREAS, the Board has reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses, creditors, and other parties in interest; and

WHEREAS, the Board has had the opportunity to consult with the Company's management team and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to it.

**Voluntary Petition under the Provisions of Chapter 11 of the United States Bankruptcy Code**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company file or cause to be filed a voluntary petition for relief (the chapter 11 cases to be commenced by such voluntary petition, and the cases to be commenced by the voluntary petitions to be filed by certain of the Company's direct and indirect subsidiaries, collectively, the "**Chapter 11 Cases**") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**");

FURTHER RESOLVED, that the Chief Executive Officer (the "**Authorized Officer**") is hereby authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the Chapter 11 Cases and obtain chapter 11 relief, and to take any and all further acts and deeds that the Authorized Officer deem necessary or proper to obtain such relief, including, without limitation, any action necessary to facilitate the administration of the Chapter 11 Cases;

FURTHER RESOLVED, that the Authorized Officer is authorized and directed to employ the law firm of Polsinelli PC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Polsinelli PC;

FURTHER RESOLVED, that the Authorized Officer is authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

FURTHER RESOLVED, that the Authorized Officer and employees, agents, attorneys, investment bankers, accountants, advisors and other professionals designated or directed by the Authorized Officer are empowered and directed to execute and file, or cause to be executed or filed, all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officer deem necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such cases;

FURTHER RESOLVED, that all members of the Board have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

FURTHER RESOLVED, that, consistent with the foregoing resolutions, the Authorized Officer is hereby authorized, directed, and empowered, in such Authorized Officer's discretion, on behalf of and in the name of the Company, as applicable, to (a) prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary, appropriate or desirable, file or cause to be filed with the appropriate governmental authorities, all other agreements, instruments and documents, including but not limited to all certificates, contracts, bonds, receipts, or other papers, (b) incur and pay or cause to be paid all fees, expenses and taxes, including without limitation, legal fees and expenses, (c) engage such persons as such Authorized Officer shall in his judgment determine to be necessary, appropriate or desirable, and (d) do any and all other acts and things as such Authorized Officer deem necessary, appropriate, or desirable to carry out fully the intent and accomplish the purposes of the foregoing resolutions and each of the transactions contemplated thereby (and the doing of any such act or thing shall be conclusive evidence that the same is deemed necessary, appropriate or desirable);

FURTHER RESOLVED, that the Authorized Officer is are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment as may be necessary or convenient to effectuate the purposes of the foregoing resolutions;

FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified;

The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Board duly called and constituted pursuant to the Bylaws and the laws of the State of Delaware. This written consent may be executed in one or more counterparts (including by means of facsimile or electronic transmission in portable document format (".pdf")), each of which shall constitute an original and all of which taken together shall constitute one final instrument.