IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AIRBORNE MEDIA GROUP, INC.,[1]

Debtor.

Chapter 11

Case No. 15-11018 (KG)

**NOTICE OF FILING OF MOTION OF THE DEBTOR TO (I) DISMISS THE CHAPTER 7 CASE AND AWARD THE DEBTOR ITS ATTORNEYS' FEES, COSTS, AND DAMAGES OR (II) CONVERT TO A VOLUNTARY CHAPTER 11 CASE AND TRANSFER VENUE OF THE CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**PLEASE TAKE NOTICE** that, on May 8, 2015, Airborne Media Group, Inc. (the "**Debtor**") filed the *Motion of the Debtor to (i) Dismiss the Chapter 7 Case and Award the Debtor Its Attorneys' Fees, Costs, and Damages or (ii) Convert to a Voluntary Chapter 11 Case and Transfer Venue of the Case to the United States Bankruptcy Court for the District of Delaware* (the "**Motion**") with the United States Bankruptcy Court for the District of Colorado (the "**Colorado Bankruptcy Court**") in Case No. 15-14045. Pursuant to the Motion, the Debtor is seeking entry of an order (i) dismissing the involuntary chapter 7 case in the Colorado Bankruptcy Court (the "**Chapter 7 Case**") pursuant to section 305 of title 11 of the United States Code (the "**Bankruptcy Code**") and awarding the Debtor its reasonable attorneys' fees, costs, and damages (if applicable) pursuant to section 303(i) of the Bankruptcy Code or (ii) converting the Chapter 7 Case pursuant to section 706 of the Bankruptcy Code to a chapter 11 proceeding and transferring venue of the proceeding pursuant to 28 U.S.C. § 1412 to the United States Bankruptcy Court for the District of Delaware for consolidation with the Debtor's pending voluntary chapter 11 case.

---

[1] The last four digits of the Debtor's tax identification number are: 8854. The Debtor's principal place of business is: 1099 Main Avenue, Suite 321, Durango, Colorado 81301.

50357390.1

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are filed in the Colorado Bankruptcy Court, a hearing with respect to the Motion will be scheduled by the Colorado Bankruptcy Court. If no objections are received, the Colorado Bankruptcy Court may approve or grant the requested relief without any further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that, a copy of the Motion filed in the Colorado Bankruptcy Court is attached as **Exhibit A**.

Dated: Wilmington, Delaware
      May 8, 2015     **POLSINELLI PC**

          */s/ Christopher A. Ward*
          Christopher A. Ward (Del. Bar No. 3877)
          Shanti M. Katona (Del. Bar No. 5352)
          Jarrett Vine (Del. Bar No. 5400)
          222 Delaware Avenue, Suite 1101
          Wilmington, Delaware 19801
          Telephone: (302) 252-0920
          Facsimile:  (302) 252-0921
          cward@polsinelli.com
          skatona@polsinelli.com
          jvine@polsinelli.com

          *Proposed Counsel to the Debtor*