# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AIRBORNE MEDIA GROUP, INC., | ) | CASE NO.    15-11018 (KG) |
| a Delaware Corporation, | ) | CHAPTER:    11 |
| | ) | |
| Debtor. | ) | |

FILED
2015 MAY 15  AM 11:49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF ORDER STAYING CHAPTER 11 CASE

Please take notice that the United States Bankruptcy Court for the District of Colorado has entered a Minute Order staying the above captioned chapter 11 case. Pursuant to that Minute Order, the undersigned has been directed to forthwith file or otherwise provide this Court with a copy of the Minute Order. The Minute Order is attached hereto, and incorporated in this Notice by reference.

Dated: May 13, 2015.

APPEL, LUCAS & CHRISTENSEN, P.C.

*/s/ Peter J. Lucas*

Peter J. Lucas, Co. Bar No. 13345
Shaun A. Christensen, Co. Bar No. 23131
Appel, Lucas & Christensen, P.C.
1660 17th Street, Suite 200
Denver, Colorado 80202
(303) 297-9800 telephone
Lucasp@appellucas.com
Christensens@appellucas.com
Attorneys for Petitioning Creditors in the involuntary chapter 7 case filed in the District of Colorado

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
## Minutes of Electronically Recorded Proceeding
### Held **Wednesday, May 13, 2015**, Before Honorable Sidney B. Brooks

| In re: | ) | |
|---|---|---|
| | ) | Bankruptcy Case No. |
| **AIRBORNE MEDIA GROUP, INC.** | ) | 15-14045 - SBB |
| | ) | Chapter 7 |
| | ) | |
| **Debtor(s).** | ) | |

☒ Appearances:

Debtor(s), Airborne Media Group, Inc.          Counsel: <u>Chris Ward</u> (by phone)
                                                Counsel: <u>Paul Wood</u>
Creditor, Andrew Lentvorski:                   Counsel: <u>Shaun Christensen and Peter Lucas</u>
Creditor, William Martinson:                   Counsel: <u>Shaun Christensen and Peter Lucas</u>
Creditor, Margaret Martinson:                  Counsel: <u>Shaun Christensen and Peter Lucas</u>
Creditor, Rock Systems Holdings, LLC:          Counsel: <u>Shaun Christensen and Peter Lucas</u>
Creditor, Keith Newbold:                       Counsel: <u>Shaun Christensen and Peter Lucas</u>

☐ No appearances:

Proceedings:    **Non-evidentiary hearing regarding Motion of Petitioning Creditors, Pursuant to Bankruptcy Rule 1014(b) For An Order Staying Parallel Proceeding filed on May 10, 2015 (Docket #12) and Response thereto filed by Airborne Media Group, Inc. on May 17, 2015 (Docket #17)**

☒ Entry of appearances and statements/arguments made

☒ Evidentiary[1]

☐ Witnesses sworn, as noted below, or ☐ see attached list

☐ Exhibits entered, as noted below, or ☐ see attached list

☒ **Also appearing telephonically were Andrew Lentvorski and Dave Sanderman.**

**Mr. Lucas made an opening statement and offers of proof seeking a stay of Debtor's voluntary petition in Delaware.**

**Mr. Wood made offers of proof opposing a stay.**

**The Court took a recess and reconvened at 1:15 p.m.**

**At the 1:15 p.m. hearing, the Court made findings and conclusions and issued a ruling on the record *granting* the Motion of Petitioning Creditors, Pursuant to Bankruptcy Rule 1014(b) For An Order Staying Parallel Proceeding filed on May 10, 2015 (Docket #12).**

Orders:

☒ Oral findings and conclusions made of record

☒ IT IS ORDERED that for reasons stated on the record,

---

[1] Evidentiary for statistical reporting purposes.

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
## Minutes of Electronically Recorded Proceeding
### Held **Wednesday, May 13, 2015**, Before Honorable Sidney B. Brooks

1. The Motion of Petitioning Creditors, Pursuant to Bankruptcy Rule 1014(b) For An Order Staying Parallel Proceeding filed on May 10, 2015 (Docket #12) is **GRANTED** and the Response filed by Airborne Media Group, Inc. Filed May 17, 2015 (Docket #17) is/are **OVERRULED**.
2. Effective immediately, the bankruptcy proceeding filed in Delaware, Case No. 15-11018 is **STAYED**, pending this Court's determination as to the appropriate venue in which this case or the Delaware case may proceed.
3. Counsel for the Petitioning Creditors shall *forthwith* file, or otherwise provide, a copy of the herein Minute Order to the Bankruptcy Court in Delaware. Counsel shall simultaneously serve a copy of this Minute Order on all creditors and parties in interest in the Delaware bankruptcy case.

IT IS FURTHER ORDERED that Counsel for the Petitioning Creditors shall, **on or before May 22, 2015**, submit to the Court via email to courtroome@cob.uscourts.gov findings of fact, conclusions of law and proposed order, adopting and incorporating the Court's ruling made on the record today, following which, the Court will supplement its Oral ruling with a separate written order, *nunc pro tunc to* today.

FOR THE COURT:
*Kenneth S. Gardner, Clerk*
/s/ S. Pawar
By: S. Pawar, Law Clerk